UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL MULRYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-01267-WTL-MJD |
| ) | |
| ONEMAIN FINANCIAL SERVICES INC., ) | |
| ) | |
| Defendant. ) | |

**MINUTE ENTRY FOR OCTOBER 22, 2015**
**TELEPHONIC CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for an on-the-record conference regarding the parties' joint stipulation to stay proceedings. [Dkt. 19.] The parties confirmed during the conference that they have agreed to arbitrate the Plaintiff's claims. Accordingly, the Court orders as follows:

1. Defendant's motion to compel arbitration [Dkt. 9] is **DENIED AS MOOT**.

2. The parties' motion to stay [Dkt. 19] is **GRANTED**, and this matter is **STAYED** pending the resolution of Plaintiff's claims by arbitration or settlement.

3. The Clerk is directed to administratively close this matter. This matter will be reopened, if necessary, upon the motion of either party.

Dated: 23 OCT 2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.