# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL MULRYAN, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:15-cv-01267-WTL-MJD |
| ) | |
| v. ) | Approved on 2/10/2016. |
| ) | s/William T. Lawrence, Judge |
| ONEMAIN FINANCIAL SERVICES, INC., ) | Service via ECF |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, MICHAEL MULRYAN, and Defendant, ONEMAIN FINANCIAL SERVICES, INC., by and through their respective attorneys, hereby stipulate to dismiss the within complaint with prejudice, all matters in controversy having been resolved to the mutual satisfaction of the parties. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| /s/ David P. Leibowitz | /s/ Robert C. Folland |
| David P. Leibowitz | Robert C. Folland |
| Illinois Attorney No. 1612271* | Ohio Attorney No. 0065728* |
| Attorney for Plaintiff | Attorney for Defendant |
| Allen Chern Law LLC | Barnes & Thornburg LLP |
| 79 W. Monroe Street | 41 South High Street |
| 5th Floor | Suite 3300 |
| Chicago, IL 60603 | Columbus, OH 43215 |
| Phone: (312) 940-7445 | Phone: (614) 628-1429 |
| Fax: (866) 359-7478 | Fax: (614) 628-1433 |
| dleibowitz@uprightlaw.com | Rob.folland@btlaw.com |

\* Admitted to practice in Southern District of Indiana

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 9, 2016, a copy of the foregoing Stipulation of Dismissal with Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David P. Leibowitz
Attorney for Plaintiff